EXHIBIT "A"

TMK: (1) 3-9-013-033

## EXHIBIT "A"

All of that certain parcel of land situate at Maunalua, Honolulu, City and County of Honolulu, State of Hawaii, being LOT H of the "KOKO KAI 2, MAUNALUA BAY VIEW LOTS SUBDIVISION, UNIT 2-C", as shown on File Plan Number 1468, filed in the Bureau of Conveyances of the State of Hawaii, and containing an area of 38,819 square feet, more or less.

Excepting and reserving therefrom all that certain parcel of land containing an area of 928 square feet, more or less, having been conveyed to the CITY AND COUNTY OF HONOLULU, a municipal corporation of the State of Hawaii, by DEED dated December 19, 1994, recorded as Document No. 95-036887, being more particularly described as follows:

PARCEL 2 - of BEACH RIGHTS-OF-WAY OFF LUMAHAI STREET being a portion of Lot H of the Koko Kai 2, Maunalua Bay View Lots Subdivision, Unit 2-C (File plan 1468), being also a portion of Royal Patent 4475, Land Commission Award 7713, Apana 30 to Victoria Kamamalu. Situate at Maunalua, Honolulu, Oahu, Hawaii.

Beginning at the south corner of this parcel of land, on the northwest boundary of Lot G of the Koko Kai 2, Maunalua Bay View Lots Subdivision, Unit 2-C (File Plan 1468), the coordinates of said point of beginning referred to Government Survey Triangulation Station "KOKO HEAD 3" being 1,193.35 feet south and 1,256.81 feet west, as shown on Division of Land Survey and Acquisition Parcel Map File No. 12-9-2-28, and running by azimuths measured clockwise from true South:

1. 150° 00'    29.09    feet along remainder of Lot H of the Koko Kai 2, Maunalua Bay View Lots Subdivision, Unit 2-C (File Plan 1468);

2. 229° 00'    32.00    feet along same;

3. 248° 00'    24.00    feet along same;

EXHIBIT A CONTINUED

4.    30° 00'        63.72        feet along Lot G of the Koko Kai 2, Maunalua Bay View Lots Subdivision, Unit 2-C (File Plan 1468) to the point of beginning and containing an area of 928 square feet, more or