# EXHIBIT B

All of that certain parcel of land situate at Kaelepulu, Kailua, District of Koolaupoko, City and County of Honolulu, State of Hawaii, being LOT 99 of the "ENCHANTED LAKE ESTATES, UNIT TWO", as shown on File Plan Number 652, filed in the Bureau of Conveyances of the State of Hawaii, and containing an area of 7,500 square feet, more or less.

BEING THE PREMISES ACQUIRED BY QUITCLAIM DEED (INTO TRUST)

GRANTOR   : MICHAEL J. MISKE, JR., single

GRANTEE   : MICHAEL J. MISKE, JR., Trustee under the Michael J. Miske, Jr. Revocable Living Trust dated August 6, 2008, with full powers to sell, mortgage, lease or otherwise deal with the land

DATED     : June 4, 2012
RECORDED  : Document No. A-45490663

Subject to any and all liens and/or encumbrances of record.