KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

SYDNEY SPECTOR #11232
AISLINN K. AFFINITO
CRAIG S. NOLAN
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email:   Sydney.Spector@usdoj.gov
         Aislinn.Affinito@usdoj.gov
         Craig.Nolan@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>REAL PROPERTY LOCATED AT 6 LUMAHAI STREET IN PORTLOCK, HAWAII, TOGETHER WITH ALL APPURTENANCES AND IMPROVEMENTS, ETC.,<br><br>　　　　　Defendants *in Rem*. | Civil No. 25-00028<br><br>UNITED STATES OF AMERICA'S NOTICE OF RELATED CASES |

## NOTICE OF RELATED CASES

In accordance with Local Rule 40.2 of the Local Rules of Practice for the United States District Court for the District of Hawaii, Plaintiff United States of America hereby provides notice that the above-captioned matter is related to the criminal matter, *United States v. Michael J. Miske, Jr., et al.*, Crim. No. 19-00099 DKW (the "Criminal Action").

As set forth in the Complaint for Forfeiture, filed herein, this action seeks the forfeiture of the same property that was the subject of forfeiture proceedings in the Criminal Action, and involves substantially identical happenings and substantially identical questions of law that were addressed during the Criminal Action. Such substantially identical happenings include, but are not limited to, various representations made by companies operated by Mr. Miske and his co-conspirators and the circumstances by which the properties to be forfeited were acquired and/or maintained. Overlapping questions of law include, but are not limited to, whether Mr. Miske and various co-conspirators committed wire fraud,

//
//
//
//
//

identity theft, and/or financial institution fraud, and whether the properties to be forfeited have the nexus needed to establish forfeitability.

DATED: January 22, 2025, at Honolulu, Hawaii.

        KENNETH M. SORENSON
        Acting United States Attorney
        District of Hawaii

           /s/ Sydney Spector
        By _____
          CRAIG S. NOLAN
          SYDNEY SPECTOR
          AISLINN AFFINITO

          Assistant U.S. Attorneys

        Attorneys for Plaintiff
        UNITED STATES OF AMERICA