IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| United States of America | ) | Case. No. 1:25-cv-00028 DKW-KJM |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING AMENDED MOTION TO APPEAR PRO HAC VICE AS TO EDWARD M. BURCH |
| vs. | ) | |
| Real Property Located at 6 Lumahai Street in Portlock, Hawaii, et al | ) | |
| Defendant. | ) | |

ORDER GRANTING
AMENDED MOTION TO
APPEAR PRO HAC VICE

The Court GRANTS the Amended Motion of EDWARD M. BURCH to Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | EDWARD M. BURCH |
| Firm Name: | Law Office of Michael & Burch, LLP |
| Firm Address: | One Sansome Street, Suite 3500<br>San Francisco, CA 94104 |
| Attorney CM/ECF Primary email address: | edward@michaelburchlaw.com |
| Firm Telephone: | (415) 946-8996 |
| Party Represented | Claimant N.M., a minor, and<br>Claimant The Michael J. Miske, Jr. Revocable Living Trust |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 31, 2025



Kenneth J. Mansfield
United States Magistrate Judge