EDWARD M. BURCH, *Pro Hac Vice,* CSBN 255470
LAW OFFICE OF MICHAEL & BURCH, LLP
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone:   (415) 946-8996
E-mail:       edward@michaelburchlaw.com

Attorney for Claimant N.M., a minor

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,

              Plaintiff,

v.

REAL PROPERTY LOCATED AT 6
LUMAHAI STREET IN PORTLOCK,
HAWAII, TOGETHER WITH ALL
APPURTENANCES AND
IMPROVEMENTS; AND

REAL PROPERTY LOCATED AT
614 PAOKANO LOOP, IN KAILUA,
HAWAII, TOGETHER WITH ALL
APPURTENANCES AND
IMPROVEMENTS; AND,

$611,123.60, CONSTITUTING
PROCEEDS OF THE SALE OF THE
REAL PROPERTY LOCATED AT
559 KUMUKAHI PLACE, HAWAII
KAI, HAWAII, TAX MAP KEY
390520260000; AND

THE "PAINKILLER", 2014 37.5-FOOT
BOSTON WHALER PLEASURE CRAFT,
HULL NO. BWCE1942D414,

No. 1:25-cv-00028 DKW-KJM

**VERIFIED CLAIM OF
MINOR N.M. OPPOSING
FORFEITURE**

REGISTRATION NO. HA-9849-H, HELD IN THE NAME OF HAWAII PARTNERS LLC; AND

HAWAII LONGLINE LIMITED ENTRY PERMIT, ISSUED TO THE FISHING VESSEL "RACHEL", VESSEL NUMBER 1050716, HELD IN THE NAME OF KAMAAINA HOLDINGS LLC; AND

$676,785.56, CONSTITUTING PROCEEDS OF THE SALE OF THE "RACHEL", A TUNA LONGLINE FISHING VESSEL, U.S. REGISTRATION NUMBER 1050716, REGISTERD TO KAMAAINA HOLDINGS LLC; AND

2017 FERRARI F12 BERLINETTA, VIN: ZFF74UFA5H0223173, HELD IN THE NAME OF HAWAII PARTNERS LLC; AND

$81,656.56 IN FUNDS, SEIZED FROM HAWAII CENTRAL FEDERAL CREDIT UNION, ACOUNT #XXXXX075, HELD IN THE NAME OF MICHAEL J. MISKE; AND

$300,372.85 IN FUNDS, SEIZED FROM BANK OF HAWAII, ACCOUNT #XXXXX415, HELD IN THE NAME OF KAMAAINA TERMITE AND PEST CONTROL, INC.; AND

$1,063,427.35 IN FUNDS, SEIZED FROM BANK OF HAWAII, ACCOUNT #XXXXXXX602, HELD IN THE NAME OF KAMAAINA TERMITE AND PEST CONTROL, INC.; AND

$206,725.80 IN FUNDS, SEIZED FROM BANK OF HAWAII, ACCOUNT #XXXXX414, HELD IN THE NAME OF OAHU TERMITE AND PEST MANAGEMENT LLC, DBA OAHU TERMITE AND PEST CONTROL LLC; AND

$170,105.72 IN FUNDS, SEIZED FROM BANK OF HAWAII, ACCOUNT #XXXXXXX218, HELD IN THE NAME OF OAHU TERMITE AND PEST MANAGEMENT LLC, DBA OAHU TERMITE AND PEST CONTROL LLC; AND

$22,710.48 IN FUNDS, SEIZED FROM BANK OF HAWAII, ACCOUNT #XXXXX220, HELD IN THE NAME OF KAMAAINA PLUMBING AND RENOVATIONS LLC; AND

BANK OF HAWAII CASHIER'S CHECK NO. 429111, IN THE AMOUNT OF $1,162,826.76, PAYABLE TO KAMAAINA TERMITE AND PEST CONTROL; AND

1951 VOLKSWAGEN, VIN: 10234188, HAWAII LICENSE PLATE: SYB865, REGISTERED OWNER: HAWAII PARTNERS LLC; AND

1956 VOLKSWAGEN, VIN: 109382821, HAWAII LICENSE PLATE: 56VDUB, REGISTERED OWNER: HAWAII PARTNERS LLC; AND

1957 VOLKSWAGEN, VIN: 1529889, HAWAII LICENSE PLATE: BBYGRL,

REGISTERED OWNER: HAWAII PARTENRS LLC; AND

1961 VOLKSWAGEN VAN, VIN: 685167, HAWAII LICENSE PLATE: SYB762, REGISTERED OWNER: HAWAII PARTNERS LLC; AND

1970 FORD BRONCO, VIN: U15GLG85573, HAWAII LICENSE PLATE: TTY105, REGISTERED OWNER: HAWAII PARTNERS, LLC; AND

PAINTING ENTITLED, "LUDAVICO & LUDOVICO" BY RETNA; AND

PAINTING ENTITLED, "WATERMARK" BY RETNA; AND

PAINTING ENTITLED, "FOREVER YOUNG" BY RETNA; AND

PAINTING ENTITLED, "SANGRE OSCURA" BY RETNA; AND

SCULPTURE ENTITLED, "SLICK SKULL" BY OG SLICK; AND

SCULPTURE ENTITLED, "UZI DOES IT" BY OG SLICK; AND

PAINTING ENTITLED, "SPEAKING IN TONGUES" BY ALEX "DEFER" KIZU; AND

PAINTING ENTITLED, "SPIRITUAL LANGUAGE" BY ALEX "DEFER" KIZU,

Defendants <em>in rem</em>.

N.M., a minor,

        Claimant.

_____/

Minor N.M. hereby claims an ownership and possessory interest in the above identified [1] Defendant property, as sole-beneficiary of The Michael J. Miske, Jr. Revocable Living Trust – established on August 6, 2008, restated on April 11, 2016 & September 16, 2014, and amended on September 16, 2024 (attached hereto as Exhibits A through D) – and kin i.e. granddaughter to the late Michael J. Miske, Jr..

N.M. is a minor, born in 2015. I am N.M.'s biological great-grandmother, and N.M. is frequently and regularly in my care and custody, and I make this claim on her behalf.

Dated: April 1, 2025            Maydeen Stancil
                                          N.M., a minor
                                          By: Maydeen Stancil, Great-grandmother

//

**VERIFICATION**

_____

[1] For further identification, see also list of properties in Exhibit D at pp. 2-3.

Claim of N.M. Opposing Forfeiture
No. 1:25-cv-00028 DKW-KJM

1      The undersigned declares under penalty of perjury that she has read the

2  foregoing Claim, that she knows the contents thereof, and that the same is true of

3  her own knowledge.

6

7  Dated: **April 1**, 2025　　　　　　　　　*Maydeen Stancil*

                               N.M., a minor

8                                 By: Maydeen Stancil, Great-grandmother

26  //

//

Respectfully submitted,

April 1, 2025

s/*Edward M. Burch*
EDWARD BURCH
Law Offices of Michael and Burch, LLP
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone: (415) 946-8996
E-mail: edward@michaelburchlaw.com

Attorney for Claimant N.M., a minor