Letter

---

**From:** "Affinito, Aislinn (USAHI)" <Aislinn.Affinito@usdoj.gov>
**Date:** April 29, 2025 at 3:31:52 PM HST
**To:** Tammy Kimura <Tammy_Kimura@hid.uscourts.gov>
**Cc:** Edward Burch <edward@michaelburchlaw.com>, adb@tsbhawaii.com, Keith Yamada <kyamada@cades.com>, Michael Soon Fah <msoonfah@cades.com>, "Jonathan W. Lai" <jlai@wik.com>, tyee@wik.com, Robin Miller <Robin.Miller@mtglawfirm.com>, HI Litigation <hilitigation@mtglawfirm.com>, Vincent Kruse <vincent.kruse@mtglawfirm.com>, "Spector, Sydney (USAHI)" <Sydney.Spector@usdoj.gov>, "Nolan, Craig (USAHI)" <Craig.Nolan@usdoj.gov>
**Subject: US v. 6 Lumahai, et al., 25-cv-28 - Amended Complaint request for extension**

 CAUTION - EXTERNAL:

Tammy:

The government intends to file an Amended Complaint in *US v. 6 Lumahai, et al.*, 25-cv-28.  Our deadline to amend our complaint as a matter of course under FRCP 15(a)(1)(B) is tomorrow, April 30 (keyed off of an answer filed by Bank of Hawaii on April 9).

The U.S. Attorney's Office, however, has had a network outage all day yesterday and today, and it is unclear when this issue will be resolved.  Without access to the network, we do not have access to any of the discovery we are using as the factual basis for our amended complaint.

In light of this, we would like to seek a one-week extension of the time for us to amend our complaint as a matter of course under FRCP 15(a)(1)(B) (until May 7, 2025).  Hopefully, our network will be back online before then.

We reached out to opposing counsel to seek their positions.  Counsel for the Miske

Trust and minor N.M. consents to a one-week extension.  We did not receive a response from opposing counsel for Bank of Hawaii, US Bank, or Hawaii Central Federal Credit Union.

Would you please let us know if the Court amenable to a one-week extension until May 7, 2025 for the government to file an Amended Complaint as a matter of course under FRCP 15(a)(1)(B)?

Thank you,
Aislinn

Aislinn K. Affinito
Assistant United States Attorney
United States Attorney's Office, District of Hawaii
300 Ala Moana Blvd., Rm. 6-100
Honolulu, HI 96850
Office:  (808) 440-9235
Cell:  (808) 286-2806

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**