| | |
|---|---|
| KENNETH M. SORENSON<br>Acting United States Attorney<br>District of Hawaii<br><br>SYDNEY SPECTOR #11232<br>AISLINN K. AFFINITO<br>CRAIG S. NOLAN<br>Assistant U.S. Attorneys<br>Room 6-100, PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii  96850<br>Telephone: (808) 541-2850<br>Facsimile: (808) 541-3752<br>Email:   Sydney.Spector@usdoj.gov<br>            Aislinn.Affinito@usdoj.gov<br>            Craig.Nolan@usdoj.gov | MARGARET A. MOESER<br>Chief, Money Laundering and Asset Recovery Section<br>Criminal Division, U.S. Department of Justice<br><br>STEPHANIE WILLIAMSON<br>Trial Attorney<br>1400 New York Ave. NW<br>10th Floor<br>Washington, DC 20005<br>Telephone: (202) 514-1263<br>Facsimile: (202) 428-6957<br>Email:<br>Stephanie.Williamson@usdoj.gov |

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  vs.<br><br>REAL PROPERTY LOCATED AT 6 LUMAHAI STREET IN PORTLOCK, HAWAII, TOGETHER WITH ALL APPURTENANCES AND IMPROVEMENTS; ETC.,<br><br>           Defendants *in Rem*.<br><br>THE MICHAEL J. MISKE, JR. REVOCABLE LIVING TRUST, | Civil No. 25-00028-DKW-KJM<br><br>FIRST JOINT STATUS REPORT |

| |
|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION, <br><br> HAWAII CENTRAL FEDERAL CREDIT UNION, <br><br> BANK OF HAWAII, <br><br>             Claimants. |

# FIRST JOINT STATUS REPORT

Pursuant to the EO entered on June 9, 2025 (ECF No. 43), Plaintiff United States of America and Claimants Bank of Hawaii ("BOH")[1], U.S. Bank Trust National Association ("USBTNA"), Hawaii Central Federal Credit Union ("HCFCU") (collectively, the "Financial Institution Claimants") and The Michael J. Miske, Jr. Revocable Living Trust (the "Miske Trust") (collectively, the "Parties") submit this Joint Status Report.

Plaintiff's counsel has suggested and discussed potential resolution by stipulated settlement agreement with counsel for each of the Financial Institution Claimants. Those discussions are ongoing.

Plaintiff's counsel and counsel for the Miske Trust have had preliminary discussions about interlocutory sale agreements as to some assets. Those discussions are ongoing.

---

[1] Counsel for Claimant Bank of Hawaii did not respond to government counsel's attempts to confer regarding this Joint Status Report.

Counsel for the Miske Trust has provided the Parties the name of the now-appointed successor Trustee of the Miske Trust and is working to obtain relevant account information from the Financial Institution Claimants.

The Parties will submit their next status report on or before August 8, 2025.

DATED: July 9, 2025, at Honolulu, Hawaii

Respectfully submitted,

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

By: /s/ _____
Sydney Spector
Aislinn K. Affinito
Craig S. Nolan
Assistant U.S. Attorneys

MARGARET A. MOESER
Chief, Money Laundering and Asset Recovery Section, Criminal Division

By: /s/ _____
Stephanie Williamson
Trial Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

/s/ _____
Edward M. Burch
Counsel for Claimant The Michael J. Miske,
Jr. Revocable Living Trust


/s/ _____
Robin Miller
Counsel for Claimant U.S. Bank Trust
National Association


/s/ _____
Thomas H. Yee
Jonathan W. Lai
Counsel for Claimant Hawaii Central
Federal Credit Union