KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

SYDNEY SPECTOR #11232
AISLINN K. AFFINITO
CRAIG S. NOLAN
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email:   Sydney.Spector@usdoj.gov
         Aislinn.Affinito@usdoj.gov
         Craig.Nolan@usdoj.gov

MARGARET A. MOESER
Chief, Money Laundering and Asset
Recovery Section
Criminal Division, U.S. Department of
Justice

STEPHANIE WILLIAMSON
Trial Attorney
1400 New York Ave. NW
10th Floor
Washington, DC 20005
Telephone: (202) 514-1263
Facsimile: (202) 428-6957
Email:
Stephanie.Williamson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>REAL PROPERTY LOCATED AT 6 LUMAHAI STREET IN PORTLOCK, HAWAII, TOGETHER WITH ALL APPURTENANCES AND IMPROVEMENTS; ETC.,<br><br>        Defendants *in Rem*. | Civil No. 25-00028-DKW-KJM<br><br>SECOND JOINT STATUS REPORT |
| THE MICHAEL J. MISKE, JR. REVOCABLE LIVING TRUST, | |

|  |
|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION, <br><br> HAWAII CENTRAL FEDERAL CREDIT UNION, <br><br> BANK OF HAWAII, <br><br>                   Claimants. |

## SECOND JOINT STATUS REPORT

Pursuant to the EO entered on June 9, 2025 (ECF No. 43), Plaintiff United States of America and Claimants Bank of Hawaii ("BOH"), U.S. Bank Trust National Association ("USBTNA"), Hawaii Central Federal Credit Union ("HCFCU") (collectively, the "Financial Institution Claimants") and The Michael J. Miske, Jr. Revocable Living Trust (the "Miske Trust") (collectively, the "Parties") submit this Second Joint Status Report.

Plaintiff's counsel has suggested and discussed potential resolution by stipulated settlement agreement with counsel for each of the Financial Institution Claimants. Those discussions are ongoing.[1]

Plaintiff's counsel and counsel for the Miske Trust have had additional

---

[1] Counsel for Claimants U.S. Bank Trust National Association, Hawaii Central Federal Credit Union, and Bank of Hawaii did not respond to the government's attempts to confer regarding this Joint Status Report. Accordingly, this report is joined only by counsel for the government and counsel for Claimant The Michael J. Miske, Jr. Revocable Living Trust.

discussions about interlocutory sale agreements as to some assets. Those discussions are ongoing.

The Parties will submit their next status report on or before September 8, 2025.

DATED: August 8, 2025, at Honolulu, Hawaii

Respectfully submitted,

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

By: */s/ Aislinn Affinito*
Sydney Spector
Aislinn K. Affinito
Craig S. Nolan
Assistant U.S. Attorneys

MARGARET A. MOESER
Chief, Money Laundering and Asset
Recovery Section, Criminal Division

By: */s/ Stephanie Williamson*
Stephanie Williamson
Trial Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

          */s/ Edward Burch*
          Edward M. Burch
          Counsel for Claimant The Michael J. Miske, Jr. Revocable Living Trust