KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

SYDNEY SPECTOR #11232
AISLINN K. AFFINITO
CRAIG S. NOLAN
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email:   Sydney.Spector@usdoj.gov
         Aislinn.Affinito@usdoj.gov
         Craig.Nolan@usdoj.gov

MARGARET A. MOESER
Chief, Money Laundering and Asset
Recovery Section
Criminal Division, U.S. Department of
Justice

STEPHANIE WILLIAMSON
Trial Attorney
1400 New York Ave. NW
10th Floor
Washington, DC 20005
Telephone: (202) 514-1263
Facsimile: (202) 428-6957
Email:
Stephanie.Williamson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    vs.<br><br>REAL PROPERTY LOCATED AT 6 LUMAHAI STREET IN PORTLOCK, HAWAII, TOGETHER WITH ALL APPURTENANCES AND IMPROVEMENTS; ETC.,<br><br>           Defendants *in Rem*.<br><br>THE MICHAEL J. MISKE, JR. REVOCABLE LIVING TRUST, | Civil No. 25-00028-DKW-KJM<br><br>THIRD JOINT STATUS REPORT |

| |
|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION, <br><br> HAWAII CENTRAL FEDERAL CREDIT UNION, <br><br> BANK OF HAWAII, <br><br>          Claimants. |

## THIRD JOINT STATUS REPORT

Pursuant to the EO entered on June 9, 2025 (ECF No. 43), Plaintiff United States of America and Claimants Bank of Hawaii ("BOH"), U.S. Bank Trust National Association ("USBTNA"), Hawaii Central Federal Credit Union ("HCFCU") (collectively, the "Financial Institution Claimants") and The Michael J. Miske, Jr. Revocable Living Trust (the "Miske Trust") (collectively, the "Parties") submit this Third Joint Status Report.

Plaintiff's counsel has continued discussions with the Financial Institution Claimants regarding the potential resolution by stipulated settlement agreement. Those discussions are ongoing.

Plaintiff's counsel and counsel for the Miske Trust have continued discussions about interlocutory sale agreements as to some assets. Those discussions are ongoing.

The Parties will submit their next status report on or before October 9, 2025.

DATED: September 8, 2025, at Honolulu, Hawaii

                              Respectfully submitted,

                              KENNETH M. SORENSON
                              Acting United States Attorney
                              District of Hawaii

                                 /s/ Sydney Spector
By:                          _____
                              Sydney Spector
                              Aislinn K. Affinito
                              Craig S. Nolan
                              Assistant U.S. Attorneys


                              MARGARET A. MOESER
                              Chief, Money Laundering and Asset
                              Recovery Section, Criminal Division

                                 /s/ Stephanie Williamson
By:                          _____
                              Stephanie Williamson
                              Trial Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA



                              /s/ Edward M. Burch


                              _____
                              Edward M. Burch
                              Counsel for Claimant The Michael J. Miske,
                              Jr. Revocable Living Trust

/s/ Robin Miller

_____

Robin Miller
Counsel for Claimant U.S. Bank Trust
National Association

/s/ Thomas H. Yee

_____

Thomas H. Yee
Jonathan W. Lai
Counsel for Claimant Hawaii Central
Federal Credit Union

/s/ Keith Y. Yamada

_____

Keith Y. Yamada
Michael Raymond Soon Fah
Counsel for Claimant Bank of Hawaii