KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

SYDNEY SPECTOR #11232
AISLINN K. AFFINITO
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email:   Sydney.Spector@usdoj.gov
         Aislinn.Affinito@usdoj.gov

MARGARET A. MOESER
Chief, Money Laundering and Asset Recovery Section
Criminal Division, U.S. Department of Justice

STEPHANIE WILLIAMSON
Trial Attorney
1400 New York Ave. NW
Third Floor
Washington, DC 20005
Telephone: (202) 514-1263
Facsimile: (202) 428-6957
Email: Stephanie.Williamson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>REAL PROPERTY LOCATED AT 6 LUMAHAI STREET IN PORTLOCK, HAWAII, TOGETHER WITH ALL APPURTENANCES AND IMPROVEMENTS; ETC.,<br><br>　　　　　Defendants *in Rem*.<br><br>THE MICHAEL J. MISKE, JR. REVOCABLE LIVING TRUST, | Case No. CV25-00028-DKW-KJM<br><br>FOURTH JOINT STATUS REPORT |

| |
|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION, <br><br> HAWAII CENTRAL FEDERAL CREDIT UNION, <br><br> BANK OF HAWAII, <br><br>          Claimants. |

**FOURTH JOINT STATUS REPORT**

Pursuant to the EO entered on June 9, 2025 (ECF No. 43), Plaintiff United States of America and Claimants Bank of Hawaii ("BOH"), U.S. Bank Trust National Association ("USBTNA"), Hawaii Central Federal Credit Union ("HCFCU") (collectively, the "Financial Institution Claimants") and The Michael J. Miske, Jr. Revocable Living Trust (the "Miske Trust") (collectively, the "Parties") submit this Fourth Joint Status Report.

Plaintiff's counsel has continued discussions with the Financial Institution Claimants regarding the potential resolution by stipulated settlement agreement. Those discussions are ongoing.

Plaintiff's counsel and counsel for the Miske Trust have continued discussions about interlocutory sale agreements as to some assets and have begun discussions to schedule an initial settlement conference. Those discussions are ongoing.

The Parties will submit their next status report on or before November 10, 2025.

DATED: October 9, 2025, at Honolulu, Hawaii

Respectfully submitted,

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

*/s/ Sydney Spector*

By: _____
Sydney Spector
Aislinn K. Affinito
Assistant U.S. Attorneys


MARGARET A. MOESER
Chief, Money Laundering and Asset
Recovery Section, Criminal Division

*/s/ Stephanie Williamson*

By: _____
Stephanie Williamson
Trial Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA


*/s/ Edward M. Burch*

_____
Edward M. Burch
Counsel for Claimant The Michael J. Miske, Jr. Revocable Living Trust

3

*/s/ Charles Prather*

_____
Charles Prather
Counsel for Claimant U.S. Bank Trust National Association

*/s/ Thomas Yee*

_____
Thomas H. Yee
Jonathan W. Lai
Counsel for Claimant Hawaii Central Federal Credit Union

*/s/ Keith Y. Yamada*

_____
Keith Y. Yamada
Michael Raymond Soon Fah
Counsel for Claimant Bank of Hawaii