KENNETH M. SORENSON
United States Attorney
District of Hawaii

JOSEPH M. MCGINLEY HI#11488
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: joseph.mcginley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

MARGARET A. MOESER
Chief, Money Laundering, Narcotics
and Forfeiture Section, Criminal
Division, U.S. Department of Justice

STEPHANIE WILLIAMSON
Trial Attorney
1400 New York Ave. NW
Third Floor
Washington, DC 20005
Telephone: (202) 514-1263
Facsimile: (202) 428-6957
Email:
Stephanie.Williamson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED AT 6 LUMAHAI STREET IN PORTLOCK, HAWAII, TOGETHER WITH ALL APPURTENANCES AND IMPROVEMENTS; ETC.,<br><br>Defendants *in Rem*.<br><br>THE MICHAEL J. MISKE, JR. REVOCABLE LIVING TRUST,<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, | Case No. CV25-00028-DKW-KJM<br><br>NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF UNITED STATES OF AMERICA; CERTIFICATE OF SERVICE |

HAWAII CENTRAL FEDERAL
CREDIT UNION,

BANK OF HAWAII,

   Claimants.

## NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF
## <u>UNITED STATES OF AMERICA</u>

Assistant United States Attorney Joseph M. McGinley hereby enters his

appearance on behalf of Plaintiff UNITED STATES OF AMERICA in the above-

captioned case.

DATED:  March 2, 2026, at Honolulu, Hawaii.

KENNETH M. SORENSON
United States Attorney
District of Hawaii

  /s/ Joseph M. McGinley

By   _____
JOSEPH M. MCGINLEY
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served via CM/ECF:</u>
KEITH Y. YAMADA                          Kyamada@cades.com
MICHAEL RAYMOND SOON FAH                  Msoonfah@cades.com
Cades Schutte LLP

Attorney for Claimant
BANK OF HAWAII


ROBIN LYN MILLER                         Robin.Miller@mtglawfirm.com
TMLF Hawaii

Attorney for Claimant
U.S. BANK TRUST NATIONAL ASSOCIATION


Edward M. Burch                          Edward@michaelburchlaw.com
Law Office of Michael & Burch, LLP
ADDISON D. BONNER                        adb@tsbhawaii.com
Tamashiro Sogi & Bonner,
A Law Corporation

Attorneys for Claimant
THE MICHAEL J. MISKE, JR. REVOCABLE LIVING TRUST


Edward M. Burch                          Edward@michaelburchlaw.com
Law Office of Michael & Burch, LLP

Attorney for Claimant
N.M. A MINOR

JONATHAN W.Y. LAI                 Jlai@wik.com
THOMAS H.Y.P. YEE                 Tyee@wik.com
Watanabe Ing LLP

Attorneys for Claimant
HAWAII CENTRAL FEDERAL CREDIT UNION

    DATED:  March 2, 2026, at Honolulu, Hawaii.


    /s/ Joseph M. McGinley

    _____
    U. S. Attorney's office
    District of Hawaii