# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 25-00028 DKW-KJM |
| CASE NAME: | United States of America v. Real Property Located at 6 Lumahi Sreet in Portlock, Hawaii, et al. |
| ATTYS FOR PLA: | *Aislinn Affinito<br>Stephanie Williamson<br>*Joseph Michael McGinley |
| ATTYS FOR DEFT: | *Edward M. Burch |
| INTERPRETER: | |

---

| | | | |
|---|---|---|---|
| JUDGE: | Derrick K. Watson | REPORTER: | Gloria Bediamol |
| DATE: | 4/24/2026 | TIME: | 10:05 a.m. - 10:45 a.m. |

---

COURT ACTION: EP: Hearing on [67] Objection to Magistrate's Order (ECF No. 64) Granting Plaintiff's Motion For Leave to File Second Amended Complaint; and [58] Plaintiff's Motion to Stay Civil Forfeiture Action held.

Oral arguments heard.

[67] Objection to Magistrate's Order (ECF No. 64) Granting Plaintiff's Motion For Leave to File Second Amended Complaint; and [58] Plaintiff's Motion to Stay Civil Forfeiture Action taken under advisement.

Court will issue a written order.

Submitted by: Tammy Kimura, Courtroom Manager