KENNETH M. SORENSON
United States Attorney
District of Hawaii

AISLINN K. AFFINITO
JOSEPH MCGINLEY
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Aislinn.Affinito@usdoj.gov
Joseph.McGinley@usdoj.gov

MARGARET A. MOESER
Chief, Money Laundering, Narcotics and Forfeiture Section, Criminal Division, U.S. Department of Justice

STEPHANIE WILLIAMSON
Trial Attorney
1400 New York Ave. NW
Third Floor
Washington, DC 20005
Telephone: (202) 514-1263
Facsimile: (202) 428-6957
Email:
Stephanie.Williamson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,

Plaintiff,

vs.

REAL PROPERTY LOCATED AT 6 LUMAHAI STREET IN PORTLOCK, HAWAII, TOGETHER WITH ALL APPURTENANCES AND IMPROVEMENTS; ETC.,

Defendants *in Rem*.

---

THE MICHAEL J. MISKE, JR. REVOCABLE LIVING TRUST,

U.S. BANK TRUST NATIONAL

CASE NO. CV25-00028-DKW-KJM

MOTION TO SEAL AND FILE *EX PARTE* UNITED STATES' STATUS UPDATE REGARDING CRIMINAL INVESTIGATION

ASSOCIATION,

HAWAII CENTRAL FEDERAL CREDIT UNION,

BANK OF HAWAII,

Claimants.

**MOTION TO SEAL AND FILE *EX PARTE* UNITED STATES' *EX PARTE* STATUS UPDATE REGARDING CRIMINAL INVESTIGATION**

The United States, by and through undersigned counsel, respectfully moves the Court for an order permitting the filing under seal and *ex parte* of its Status Update Regarding Criminal Investigation (hereinafter "Status Update").

The government's Status Update contains information submitted pursuant to this Court's May 26, 2026 Order (ECF No. 79). This information is highly confidential as it relates to an ongoing investigation(s), and disclosure to the public may result in the obstruction of justice, lead to the destruction of evidence or tampering of witnesses, and jeopardize the safety of confidential sources by prematurely identifying them.

/ /

/ /

/ /

Accordingly, the government seeks leave to submit its Status Update *ex parte* and under seal for the Court's review.

DATED: August 26, 2026, at Honolulu, Hawaii.

Respectfully Submitted,

KENNETH M. SORENSON
United States Attorney
District of Hawaii

By: */s/ Joseph McGinley*
AISLINN K. AFFINITO
JOSEPH MCGINLEY
Assistant U.S. Attorneys

MARGARET A. MOESER
Chief, Money Laundering, Narcotics and Forfeiture Section, Criminal Division

By: */s/ Stephanie Williamson*
STEPHANIE WILLIAMSON
Trial Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED AT 6 LUMAHAI STREET IN PORTLOCK, HAWAII, TOGETHER WITH ALL APPURTENANCES AND IMPROVEMENTS; ETC.,<br><br>Defendants *in Rem*.<br><br>THE MICHAEL J. MISKE, JR. REVOCABLE LIVING TRUST,<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION,<br><br>HAWAII CENTRAL FEDERAL CREDIT UNION,<br><br>BANK OF HAWAII,<br><br>Claimants. | CASE NO. CV25-00028-DKW-KJM<br><br>[PROPOSED] ORDER GRANTING MOTION TO SEAL AND FILE *EX PARTE* UNITED STATES' STATUS UPDATE REGARDING CRIMINAL INVESTIGATION |

**[PROPOSED] ORDER GRANTING MOTION TO SEAL AND FILE *EX PARTE* UNITED STATES' STATUS UPDATE REGARDING CRIMINAL INVESTIGATION**

The United States of America, through counsel, having moved this Court for an order allowing the filing under seal and *ex parte* of its Status Update Regarding

Criminal Investigation,

NOW, THEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the United States' Status Update Regarding Criminal Investigation may be filed under seal and *ex parte*.

DATED: ______________________, at Honolulu, Hawaii.

______________________________
DERRICK K. WATSON
Chief United States District Judge
District of Hawaii

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 26th of August, 2026, a true and correct copy of the foregoing was served through CM/ECF to all attorneys of record:

Keith Y. Yamada
Michael Raymond Soon Fah
*Attorneys for Claimant Bank of Hawaii*

Charles Prather
Robin Lyn Miller
*Attorneys for Claimant U.S. Bank Trust National Association Not in Its Individual Capacity But Solely as Owner Trustee for RCF 2 Acquisition Trust*

Edward M. Burch
Addison D. Bonner
*Attorneys for Claimant The Michael J. Miske, Jr. Revocable Living Trust*

Jonathan W.Y. Lai
Thomas H.Y.P. Yee
*Attorneys for Claimant Hawaii Central Federal Credit Union*

Eric A. Seitz
*Attorney for Intervenor Seung-Ji Robert Lee*

*/s/ Joseph McGinley*
Assistant U.S. Attorney
U.S. Attorney's Office
District of Hawaii