Letter

U.S. Department of Justice
*United States Attorney*
*District of Hawaii*

*PJKK Federal Building*
*300 Ala Moana Blvd., Room 6-100*
*Honolulu, Hawaii 96850*

*PHONE*
*(808)541-2850*
*FAX*
*(808) 541-3752*

September 8, 2026

**Via Email**
HONORABLE KENNETH J. MANSFIELD
United States District Court
300 Ala Moana Boulevard
Honolulu, HI 96850
mansfield_orders@hid.uscourts.gov

Re: *United States v. Real Property Located at 6 Lumahai Street, et al*.
Case No. CV25-00028 DKW-KJM
Joint Request to Vacate September 17, 2026, Early Settlement Conference

Dear Judge Mansfield,

The parties are jointly requesting that the early settlement conference currently scheduled for September 17, 2026, at 10:00 a.m. be vacated.

The parties request that the early settlement conference be rescheduled. The parties have confirmed availability on October 28 and 29, 2026, or can accommodate another date at the Court's convenience.

Respectfully Submitted,

KENNETH M. SORENSON
United States Attorney
District of Hawaii

/s/ *Tom H. Yee*
TOM H. YEE, ESQ.
JONATHAN W. LAI, ESQ.
Attorneys for Claimant
Hawaii Central Federal Credit Union

By: /s/ *Joseph M. McGinley*
JOSEPH M. MCGINLEY
Assistant U.S Attorney
Attorneys for Plaintiff
United States of America

/s/ *Edward Burch*
EDWARD BURCH, ESQ.
Attorney for Claimant
The Michael J. Miske, Jr. Revocable
Living Trust

/s/ *Charles Prather*
CHARLES PRATHER, ESQ
Attorney for Claimant
U.S. Bank Trust National
Association

/s/ *Keith Yamada*
KEITH YAMADA, ESQ.
Attorney for Claimant
Bank of Hawaii

APPROVED AND SO ORDERED: