KENNETH M. SORENSON
United States Attorney
District of Hawaii

AISLINN K. AFFINITO
JOSEPH MCGINLEY
JONATHAN SLACK
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard Honolulu, Hawaii 96850 Telephone: (808) 541-2850 Facsimile: (808) 541-3752
Email: Aislinn.Affinito@usdoj.gov
Joseph.McGinley@usdoj.gov
Jonathan.Slack@usdoj.gov

MARGARET A. MOESER
Chief, Money Laundering, Narcotics and Forfeiture Section, Criminal Division, U.S. Department of Justice

STEPHANIE WILLIAMSON
Trial Attorney
1400 New York Ave. NW
Third Floor
Washington, DC 20005
Telephone: (202) 514-1263
Facsimile: (202) 428-6957
Email:
Stephanie.Williamson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,

Plaintiff,

vs.

REAL PROPERTY LOCATED AT 6 LUMAHAI STREET IN PORTLOCK, HAWAII, TOGETHER WITH ALL APPURTENANCES AND IMPROVEMENTS; ETC.,

Defendants *in Rem*.

---

THE MICHAEL J. MISKE, JR. REVOCABLE LIVING TRUST,

U.S. BANK TRUST NATIONAL

CASE NO. CV25-00028-DKW-KJM

UNITED STATES' REDACTED STATUS UPDATE REGARDING CRIMINAL INVESTIGATION

ASSOCIATION,

HAWAII CENTRAL FEDERAL CREDIT UNION,

BANK OF HAWAII,

Claimants.

**UNITED STATES' REDACTED STATUS UPDATE REGARDING CRIMINAL INVESTIGATION**

The United States, by its undersigned counsel, submits this *ex parte* status update regarding the pending criminal investigation by federal law enforcement and the U.S. Attorney's Office for the District of Hawaii into the death of Michael Miske pursuant to this Court's May 26, 2026 Order (ECF No. 79). The Court's Order stayed this civil forfeiture action pursuant to 18 U.S.C. § 981(g) pending conclusion of the criminal investigation and directed the government to file quarterly updates. Plaintiff United States of America submits this quarterly update on the status of the criminal investigation. The government can provide more detailed information pursuant to Court authorization [redacted]

1. [redacted]

2. [redacted]

[redacted]

3. [redacted]

4. The government's criminal investigation is ongoing and has not yet been concluded. The government will submit its next status report in three months.

Unredacted Submission Dated: August 26, 2026, at Honolulu, Hawaii.

DATED: September 14, 2026, at Honolulu, Hawaii.

Respectfully Submitted,

KENNETH M. SORENSON
United States Attorney
District of Hawaii

By: */s/ Jonathan D. Slack*
JONATHAN SLACK
AISLINN K. AFFINITO
JOSEPH MCGINLEY
Assistant U.S. Attorneys

MARGARET A. MOESER
Chief, Money Laundering, Narcotics and Forfeiture Section, Criminal Division

By: */s/ Stephanie Williamson*
STEPHANIE WILLIAMSON
Trial Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served electronically through CM/ECF:

Keith Y. Yamada
Michael Raymond Soon Fah
Attorneys for Claimant
Bank of Hawaii

Charles Prather
Robin Lyn Miller
Attorneys for Claimant
U.S. Bank Trust National Association Not in Its Individual Capacity But Solely as Owner Trustee for RCF 2 Acquisition Trust

Edward M. Burch
Addison D. Bonner
Attorneys for Claimant
The Michael J. Miske, Jr. Revocable Living Trust

Jonathan W.Y. Lai
Thomas H.Y.P. Yee
Attorneys for Claimant
Hawaii Central Federal Credit Union

Eric A. Seitz
Attorney for Intervenor
Seung-Ji Robert Lee

DATED: September 14, 2026, at Honolulu, Hawaii.

*/s/ Jonathan D. Slack*
JONATHAN D. SLACK
Assistant U.S. Attorney